# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Edgar Duran-Ruiz,<br>a.k.a.: Edgar J. Duran-Ruiz,<br>a.k.a.: Edgar Juary Duran-Ruiz,<br>(A 088 773 624)<br>_Defendant_ | Case No. 16-6393 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 19, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Edgar Duran-Ruiz, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about May 21, 2008, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

_CEB_
REVIEWED BY: Charles E. Bailey, P.S. for AUSA Abbie Broughton Marsh

☒ Continued on the attached sheet.

_Complainant's signature_

Darrin J. McNeill,
Deportation Officer
_Printed name and title_

Sworn to before me and signed in my presence.

Date: September 26, 2016

_Judge's signature_

City and state: Phoenix, Arizona

David K. Duncan,
United States Magistrate Judge
_Printed name and title_

## STATEMENT OF PROBABLE CAUSE

I, Darrin J. McNeill, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On September 19, 2016, Edgar Duran-Ruiz was arrested by the Phoenix Police Department and booked into the Maricopa County Jail (MCJ) on local charges. While incarcerated at the MCJ, Duran-Ruiz was examined by ICE Officer J. Davis who determined Duran-Ruiz to be a citizen of Mexico, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On September 22, 2016, Duran-Ruiz was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Duran-Ruiz was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Edgar Duran-Ruiz to be a citizen of Mexico and a previously deported criminal alien. Duran-Ruiz was removed from the United States to Mexico through Nogales, Arizona, on or about May 21, 2008, pursuant to an order

of removal issued by an immigration official. There is no record of Duran-Ruiz in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Duran-Ruiz's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Edgar Duran-Ruiz was convicted of Criminal Impersonation, a felony offense, on April 24, 2008, in Superior Court of Arizona, Maricopa County. Duran-Ruiz was sentenced to one (1) year of probation. Duran-Ruiz's criminal history was matched to him by electronic fingerprint comparison.

5. On September 22, 2016, Edgar Duran-Ruiz was advised of his constitutional rights. Duran-Ruiz freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about September 19, 2016, Edgar Duran-Ruiz, an alien, was found in the United States of America, at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about May 21, 2008, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply

for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Darrin J. McNeill,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me this 26th day of September, 2016.

_____
David K. Duncan,
United States Magistrate Judge